IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 4:23-CV-00075-DGK |
| vs. | )<br>) |
| NORTH KANSAS CITY HOSPITAL, | )<br>) |
| Defendant. | ) |

## ORDER

Now before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. ECF No. 28. Defendant has not filed an objection.

While Defendant's 12(b) motion to dismiss is currently pending, Defendant has not filed either an answer or a motion for summary judgment. Thus, the Court construes Plaintiff's notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under Rule 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Unless the notice states otherwise, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Accordingly, all claims against Defendant in this action are hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: September 26, 2023         /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT